ClientCaseID: 52809    CaseReturnDate: 12/16/17

Affidavit of A PRIVATE INVESTIGATOR

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

Case Number **3:17-CV-03268**

I, JOHN J PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY ACT LICENSE NUMBER #117.001633

## NON-SERVICE

DEFENDANT NAME **TIM CARLTON**
I HAVE ATTEMPTED TO SERVE   SUMMONS AND AMENDED COMPLAINT
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

HARTLEY CARLTON (FATHER) STATED TIMS @ 6623 DOLLAR RD. BUENA VISTA, TN. 38318

LOCATION OF SERVICE   **91 RIDGE LANE DR**
**DECATUR, IL, 62521**

Date Of Service  12/17/17     Time of Service  7:40 PM

JOHN J PENNELL                            12/19/2017
A PRIVATE INVESTIGATOR
PRIVATE DETECTIVE # 115-002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.