IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHARLES PALMER,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF DECATUR, TIM CARLTON, ROGER RYAN, BRIAN BELL, ROGER MORVILE, MICHAEL APPLEGATE, FRANK HUBBARD, JOE PATTON, JEREMY WELKER, STEVE CHABAK, and as-yet UNKNOWN OFFICERS OF THE DECATUR POLICE DEPARTMENT,<br><br>     Defendants. | No. 17-cv-3268 |

## AGREED MOTION TO ENTER A PROTECTIVE ORDER

The parties by and through their respective attorneys, move pursuant to Federal Rule of Civil Procedure 26(c) for the entry of a protective order. In support of said motion, the parties state as follows:

1.    This is a civil rights action under 42 U.S.C. § 1983 and Illinois common law, whereupon Plaintiff, Charles Palmer, claims he was wrongfully prosecuted for the murder of William Helmbacher.

2.    The parties anticipate that the scope of discovery will encompass the production of documents and oral testimony that may contain highly sensitive and confidential personal, employment, disciplinary, witness, medical and psychological information of a non-public nature (hereinafter referred to as "Confidential Matter") regarding Plaintiffs, Defendants, non-party witnesses, and non-party agents and/or employees of Defendant City of Decatur that may be

subject to discovery in this action, but which should not be generally available to the general public.

3. These documents may include protected health information (hereinafter "PHI"), as that term is used in HIPAA and Privacy Standards. PHI includes, but is not limited to, health information, including demographic information, relating to either: (a) the past, present, or future physical or mental condition of an individual; (b) the provision of care to an individual; or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

4. The documents sought may also include personnel files, disciplinary actions, and related information, some of which may be protected by the *Illinois Personnel Records Review Act* (West 2006) and Section 7 of the *Illinois Freedom of Information Act,* 5 ILCS 140/1 (West 2010).

5. Under Fed. R. Civ. P. 26, a district court may enter a protective order only upon a finding of good cause, even where the parties agree on the protective order's terms. *Paine v. City of Chicago*, No. 06 C 3173, 2006 WL 3065515, at *7 (N.D. Ill. Oct. 26, 2006), citing *Jepson, Inc. v. Makita Electric Works, Ltd.*, 30 F.3d 854, 858 (7th Cir. 1994); *see also Evans v. Pletsch*, No. 07-3246, 2008 WL 2755074, at *1 (C.D. Ill. July 11, 2008).

6. The parties agree that information designated as "Confidential' will be delivered in accordance with the Agreed Protective Order, attached hereto as "Exhibit A." The parties further agree that such information will be used only for the purposes of this litigation.

7. The parties have agreed in form and substance to the proposed Agreed Protective Order. (Ex. A.)

8. Without a protective order in place, there is no restriction on the audience to whom the information can be disclosed, including the public at large.

9. The imposition of a protective order at this juncture in no way affects this Court's ultimate decision on whether certain materials may be admissible later in the public record during trial. *See McGee v. City of Chicago*, No. 04 C 6352, 2005 WL 3215558, at *2 n.1 (N.D. Ill. June 23, 2005)

10. The attached Agreed Protective Order allows all parties to designate documents as confidential and therefore, subject to the protective order. The restrictions on dissemination likewise apply identically to all parties.

11. Counsel for all parties agree to the attached Agreed Protective Order

For the reasons discussed above, the parties respectfully request that this Honorable Court enter the attached Agreed Protective Order.

Dated: August 16, 2018

Respectfully submitted,

CITY OF DECATUR, ROGER RYAN,
BRIAN BELL, ROGER MORVILLE,
MICHAEL APPLEGATE, FRANK HUBBARD,
JOE PATTON, JEREMY WELKER,
STEVE CHABAK

/s/ Thomas G. DiCianni

Thomas G. DiCianni / ARDC #3127041
Ellen K. Emery / ARDC # 6183693
Attorneys for Decatur Defendants
312 782-7606/Fax: 312 782-0943
tdicianni@ancelglink.com
eemery@ancelglink.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHARLES PALMER,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF DECATUR, TIM CARLTON, ROGER RYAN, BRIAN BELL, ROGER MORVILLE, MICHAEL APPLEGATE, FRANK HUBBARD, JOE PATTON, JEREMY WELKER, STEVE CHABAK, and as-yet UNKNOWN OFFICERS OF THE DECATUR POLICE DEPARTMENT,<br><br>            Defendants. | No. 17-cv-3268 |

**CERTIFICATE OF SERVICE**

I certify that on August 16, 2018, I electronically filed the foregoing **AGREED MOTION TO ENTER A PROTECTIVE ORDER** with the Clerk of the Court using the CMECF system which will send notification of such filing to:

Jonathan I Loevy / jon@loevy.com
Rachel Elaine Brady / brady@loevy.com
Steven Edwards Art / steve@loevy.com
LOEVY & LOEVY / 3rd Floor
311 North Aberdeen St
Chicago, IL 60607

John T Robinson / jrobinson@decaturil.gov
CITY OF DECATUR
#1 Gary K Anderson Plaza
Decatur, IL 62523

      /s/  Thomas G. DiCianni
      THOMAS G. DiCIANNI / ARDC# 03127041
      One of the attorneys for Defendants

      ANCEL, GLINK, DIAMOND, BUSH, DICIANNI
      & KRAFTHEFER, P.C.
      140 South Dearborn Street, Sixth Floor

Chicago, Illinois 60603  
Telephone: (312) 782-7606  
Facsimile: (312) 782-0943  
E-Mail: tdicianni@ancelglink.com

4824-4368-4720, v. 1

3:17-cv-03268-CSB-EIL # 26 Page 5 of 5