### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHARLES PALMER, | ) | |
| | ) | Case No. 3:17-cv-03268-SEM-TSH |
| *Plaintiff*, | ) | |
| | ) | Hon. Sue E. Myerscough, |
| v. | ) | District Judge |
| | ) | |
| CITY OF DECATUR, TIM CARLTON, | ) | Hon. Tom Schanzle-Haskins, |
| ROGER RYAN, BRIAN BELL, ROGER | ) | Magistrate Judge |
| MORVILLE, MICHAEL APPLEGATE, | ) | |
| FRANK HUBBARD, JOE PATTON, | ) | |
| JEREMY WELKER, STEVE CHABAK, and | ) | |
| as-yet UNKNOWN OFFICERS OF THE | ) | |
| DECATUR POLICE DEPARTMENT | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| *Defendants*. | ) | |

## SUGGESTION OF DEATH

Plaintiff Charles Palmer, by his undersigned counsel, notes on the record that he has been informed by defense counsel that Defendant Tim Carlton died on February 15, 2018.

                                        RESPECTFULLY SUBMITTED,

                                        **CHARLES PALMER**

                     By:    /s/ Steven Art
                                *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steven Art
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

**CERTIFICATE OF SERVICE**

I, Steven Art, hereby certify that on August 23, 2018, I filed the foregoing SUGGESTION OF DEATH using the Court's CM/ECF system, which effected service on all counsel of record. In addition, I certify that on August 23, 2018, I prepared a copy of the foregoing SUGGESTION OF DEATH for personal service on the following heirs of Defendant Carlton:

Laura Janette Carlton
6623 Dollar Rd.
Buena Vista, TN 38313

Megan A. Mayorov
1273 Brentwood Highlands Dr.
Nashville, TN 37211

Keenan P. Carlton
3325 Marrast Dr.
Clarksville, TN 37043

Jason Carlton
703 E. Knoll St.
Mesa, AZ 85203

/s/ Steven Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steven Art
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com