E-FILED
Tuesday, 15 January, 2019  12:37:10 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHARLES PALMER, | ) | |
| | ) | Case No. 3:17-cv-03268-SEM-TSH |
| Plaintiff, | ) | |
| | ) | Hon. Sue E. Myerscough, |
| v. | ) | District Judge |
| | ) | |
| CITY OF DECATUR et al., | ) | Hon. Tom Schanzle-Haskins, |
| | ) | Magistrate Judge |
| Defendants. | ) | |

### PLAINTIFF'S MOTION TO WITHDRAW
### RETURNED EXECUTED SUMMONS FOR AMY M. WAKS

Plaintiff Charles Palmer, by and through counsel, hereby moves to withdraw the filing of the Returned Executed Summons for Amy M. Waks. In support of this motion, Plaintiff states as follows:

1. On December 6, 2018, Plaintiff filed a Second Amended Complaint naming as a defendant Amy M. Waks, Special Representative of the Estate of Tim Carlton.

2. Plaintiff attempted to serve summons on Ms. Waks, and also provided Ms. Waks a Waiver of the Service of Summons form.

3. Ms. Waks executed the waiver form on January 1, 2019. Ms. Waks was served with the summons on January 9, 2019.

4. On January 14, 2019, Plaintiff mistakenly filed both the executed waiver (ECF No. 47) and the returned summons (ECF No. 46) on the docket.

5. Pursuant to Ms. Waks' executed waiver (ECF No. 47), her responsive pleading is due March 4, 2019. To clarify the docket, Plaintiff wishes to withdraw his filing of the returned summons (ECF No. 46), which suggests Plaintiff's responsive pleading is due on an earlier date.

WHEREFORE Plaintiff respectfully requests the Court grant this motion and enter an order withdrawing his filing of the returned executed summons for Amy M. Waks and awarding any additional relief the Court deems just and proper.

Dated: January 15, 2019

Respectfully submitted,

CHARLES PALMER

By: *s/ Alison R. Leff*
    One of His Attorneys

Arthur Loevy
Jon Loevy
Steven Art
Rachel Brady
Alison R. Leff
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, Illinois 60607
(312) 243-5900
alison@loevy.com

## CERTIFICATE OF SERVICE

I, Alison R. Leff, hereby certify that on January 15, 2019, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

*s/ Alison R. Leff*