## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| CHARLES PALMER, | |
| Plaintiff, | |
| v. | No. 17-cv-3268 |
| CITY OF DECATUR, AMY M. WAKS, as Special Representative of the ESTATE of TIM CARLTON, ROGER RYAN, BRIAN BELL, ROGER MORVILLE, MICHAEL APPLEGATE, FRANK HUBBARD, JOE PATTON, JEREMY WELKER, STEVE CHABAK, and as-yet UNKNOWN OFFICERS OF THE DECATUR POLICE DEPARTMENT, | Judge Colin Stirling Bruce  Magistrate Judge Eric I. Long |
| Defendants. | |

## **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION**

NOW COME the Defendants, CITY OF DECATUR, ROGER RYAN, BRIAN BELL, ROGER MORVILLE, MICHAEL APPLEGATE, FRANK HUBBARD, JOE PATTON, JEREMY WELKER, and STEVE CHABAK ("Defendants"), by their counsel, and for their response to the Plaintiff's Motion for Extension of Time to File Objection to Opinion on Motion to Compel, state that the defendants do not object to an extension of time for the plaintiff to file his objection to the opinion on the Motion to Compel, but reserve the right to oppose the objection, pursuant to CDIL-LR 72.2 (A).

                                                                 Ancel, Glink, P.C.

                                  By: /s/ Thomas G. DiCianni
                                            One of the Attorneys for Defendants

Thomas G. DiCianni / ARDC # 03127041
tdicianni@ancelglink.com
Ellen K. Emery / ARDC # 6183693

eemery@ancelglink.com
ANCEL, GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

# CERTIFICATE OF SERVICE

I, Thomas G. DiCianni, an attorney, certify that on May 7, 2019, I electronically filed the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Steven Edwards Art  / steve@loevy.com
Jonathan I Loevy  / jon@loevy.com
Rachel Elaine Brady  / brady@loevy.com
Alison R. Leff / Alison@loevy.com
LOEVY & LOEVY
311 North Aberdeen St / 3rd Floor
Chicago, IL 60607

John T Robinson
CITY OF DECATUR
#1 Gary K Anderson Plaza
Decatur, IL 62523
jrobinson@decaturil.gov

Jerrold H. Stocks
Ross J. Munsterman
101 S. State Street / Suite 240
Decatur, IL 62523
jstocks@decatur.legal
rmunsterman@decatur.legal

/s/ Thomas G. DiCianni