E-FILED
Friday, 16 April, 2021  11:19:10 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

CHARLES PALMER,

               Plaintiff,

     v.

CITY OF DECATUR, AMY M. WAKS, as
Special Representative of the ESTATE of
TIM CARLTON, ROGER RYAN, BRIAN
BELL, ROGER MORVILLE, MICHAEL
APPLEGATE, FRANK HUBBARD, JOE
PATTON, JEREMY WELKER, STEVE
CHABAK, and as-yet UNKNOWN
OFFICERS OF THE DECATUR POLICE
DEPARTMENT,

               Defendants.

No. 17-cv-3268

Judge Colin S. Bruce

Magistrate Judge Eric I. Long

## DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

NOW COME Defendants, City of Decatur, Estate of Tim Carlton, Roger Ryan, Brian Bell, Roger Morville, Michael Applegate, Frank Hubbard, Joe Patton, and Steve Chabak, and move this Court for leave to file their Joint Memorandum of Law in support of their Motion for Summary Judgment, with the Argument section in excess of 15 pages, and in support of that Motion state the following:

1.      Plaintiff 's Second Amended Complaint contains ten counts, and is directed against nine separate defendants. The Second Amended Complaint itself is 22 pages long.

2.      In order to address the complex constitutional issues and the extensive facts covering a span of almost 20 years, the defendants' Memorandum of Law in support of their Motion for Summary Judgment is 39  pages long, with the Argument section taking up about 20 of those pages.

3.      Defendants' argument section has been pared down as much as possible, but the length is necessary to properly present defendants' arguments to this Court.

4.      The undersigned counsel emailed Plaintiff's counsel earlier in the day to see if they had an objection to this motion.  Plaintiff's counsel advised that they have no objection.

WHEREFORE, Defendants pray this Honorable Court grant their Motion for Leave to File a Brief with the Argument section in excess of 15 pages, and for all other relief this Court finds just and proper.

By:   /s/ Thomas G. DiCianni
One of the Attorneys for Defendants
City of Decatur, Roger Ryan, Brian
Bell, Roger Morville, Michael
Applegate, Frank Hubbard, Joe Patton,
Jeremy Welker, and Steve Chabak

Thomas G. DiCianni / ARDC # 3127041
tdicianni@ancelglink.com
Kathleen M. Kunkle / ARDC # 6281796
kkunkle@ancelglink.com
ANCEL GLINK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

By:   /s/ Jerrold H. Stocks
One of the Attorneys for Defendant, Estate of
Tim Carlton
Jerrold H. Stocks/ARDC #6201986
jstocks@decatur.legal
Ross J. Munsterman / ARDC #6324391
rmunsterman@decatur.legal
101 S. State Street / Suite 240
Decatur, IL 62523
(217) 429-4453
(217)425-8892 Fax

By:   /s/ John Robinson
One of the Attorneys for Defendants
City of Decatur, Roger Ryan, Brian
Bell, Roger Morville, Michael
Applegate, Frank Hubbard, Joe
Patton, Jeremy Welker, and Steve
Chabak
John Robinson / ARDC # 6186220
jrobinson@decaturil.gov
CITY OF DECATUR
#1 Gary K Anderson Plaza
Decatur, IL 62523
(217) 424-2807
(217) 424-2871 Fax

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas DiCianni, an attorney, certify that on April 16, 2021, I electronically filed the foregoing **DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Steven Edwards Art  / steve@loevy.com
Jonathan I Loevy  / jon@loevy.com
Rachel Elaine Brady  / brady@loevy.com
Cindy Tsai / Cindy@loevy.com
Imani Franklin / imani@loevy.com
LOEVY & LOEVY
311 North Aberdeen St / 3rd Floor
Chicago, IL 60607

John T Robinson
CITY OF DECATUR
#1 Gary K Anderson Plaza
Decatur, IL 62523
jrobinson@decaturil.gov

Jerrold H. Stocks
Ross J. Munsterman
101 S. State Street / Suite 240
Decatur, IL 62523
jstocks@decatur.legal
rmunsterman@decatur.legal

/s/ Thomas G. DiCianni