E-FILED
Monday, 20 March, 2023   11:04:43 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT H



**Bode Cellmark FORENSICS**
LabCorp Specialty Testing Group

10430 Furnace Road, Suite 107
Lorton, VA 22079
Phone: 703-646-9740

**Forensic Case Report**
**February 9, 2018**

To:
Jane Foster
Macon County State's Attorney's Office
253 E. Wood St
Decatur, IL 62523

Bode Cellmark Case #: CCC1727-0253
Cross Reference Bode Cellmark Case #: CCC1576-0482
Agency Case #: S98-5867
Additional Agency Case #: 2008-NG-013; FR12-0088;
99-CF-139

List of evidence received on November 10, 2017 for possible DNA analysis:

| Bode Cellmark Sample Name | Agency Sample ID | Agency Description |
|---|---|---|
| CCC1727-0253-R01 | C276678, C276679 | Buccal Swabs from Douglas Lee |
| CCC1727-0253-R02 | C277200 | Buccal Swab from J. Stephen Moyer |

Partial list of evidence received on November 19, 2015 for possible DNA analysis:

| Bode Cellmark Sample Name | Agency Sample ID | Agency Description |
|---|---|---|
| CCC1576-0482-E01 | FR12-0088-08 | Debris and Hair from Hand |
| CCC1576-0482-E01a | 08.01 | One apparent hair, ~0.5cm long |
| CCC1576-0482-E01b | 08.02 | Two apparent hair fragments, total length of ~1.7cm |
| CCC1576-0482-E01c | 08.03 | One apparent hair, ~1.0cm long |

List of DNA profiles developed by Cellmark Forensics and submitted for possible comparison purposes:

| Cellmark Forensics Sample Name | Agency Sample ID | Agency Description |
|---|---|---|
| FR12-0088-01.01 | 2008-NG-013/S98-5867:14A | Stick: Right Nail Scrapings |

**Mitochondrial DNA Processing, Results, and Conclusions:**

Mitochondrial DNA (mtDNA) is found in sub-cellular organelles called mitochondria. A specific, non-coding region of the mitochondrial genome called the D-loop, or hyper-variable control region, is known to have variability within the human population. Multiple copies of this region of mtDNA are generated using the polymerase chain reaction (PCR). The base composition, or sequence, is then determined using automated DNA sequencing.

1. MtDNA profiles were obtained from samples CCC1727-0253-R01 (Douglas Lee) and CCC1727-0253-R02 (J. Stephen Moyer).

2. A partial mtDNA profile was previously obtained from sample CCC1576-0482-E01b.

   The partial mtDNA profile previously obtained from sample CCC1576-0482-E01b is not consistent with the mtDNA profiles obtained from samples CCC1727-0253-R01 (Douglas Lee) and CCC1727-0253-R02 (J. Stephen Moyer). Therefore, Douglas Lee (CCC1727-0253-R01) and J. Stephen Moyer (CCC1727-0253-R02) can be excluded as possible contributors of sample CCC1576-0482-E01b.

See **Table 1** for a summary of the mtDNA profiles reported.

Palmer 003627

Bode Cellmark Case #: CCC1727-0253　　　　　　　　　　　　　　　　Date: February 9, 2018
Cross Reference Bode Cellmark Case #: CCC1576-0482
Agency Case #: S98-5867
Additional Agency Case #: 2008-NG-013; FR12-0088; 99-CF-139

**Y-STR Processing, Results, and Conclusions:**

Sample FR12-0088-01.01.1 was processed for DNA typing by analysis of the Short Tandem Repeat (STR) loci specific to the male Y chromosome (also called Y-STRs) using the Applied Biosystems AmpFLSTR® YFiler® kit.

Samples CCC1727-0253-R01 and –R02 were processed for DNA typing by analysis of the Short Tandem Repeat (STR) loci specific to the male Y chromosome (also called Y-STRs) using the Promega PowerPlex® Y23 kit.

1. Y-STR profiles were obtained from samples CCC1727-0253-R01 (Douglas Lee) and CCC1727-0253-R02 (J. Stephen Moyer).

2. The partial Y-STR profile received for sample FR12-0088-01.01.1 is consistent with a mixture of at least two individuals. Due to the possibility of allelic drop out, no conclusions can be made on this mixture profile.

See **Table 2** for summary of alleles reported for each sample.

Notes:
1. Testing performed for this case is in compliance with accredited procedures under the laboratory's ISO/IEC 17025 accreditation issued by ASCLD/LAB. Refer to certificate and scope of accreditation for certificate number ALI-231-T.
2. All evidence descriptions are based on the written descriptions of the samples by the submitting agency.
3. The DNA extracts and submitted evidence will be returned to the Decatur Police Department.
4. Sample FR12-0088-01.01.1 was reinterpreted according to current Bode Cellmark standard operating procedures.

Report submitted by,

*Adrienne Borges*　　　　　　　　　　　　　　　　　　　　*Elena Bemelmans*
Adrienne Borges, MFS　　　　　　　　　　　　　　　　　　Elena Bemelmans, MS
Mitochondrial DNA Technical Leader　　　　　　　　　　　DNA Analyst II
[Mitochondrial DNA Analysis]　　　　　　　　　　　　　　[YSTR Analysis]

Bode Cellmark Case #: CCC1727-0253
Cross Reference Bode Cellmark Case #: CCC1576-0482
Agency Case #: S98-5867
Additional Agency Case #: 2008-NG-013; FR12-0088; 99-CF-139

Date: February 9, 2018

Table 1. Analysis of Mitochondrial DNA

| Position | CCC1576-0482-E01b1 | CCC1727-0253-R01a1 (Douglas Lee) | CCC1727-0253-R02a1 (J. Stephen Moyer) |
|---|---|---|---|
| HVI Region | Reported Range 15998-16390 | Reported Range 15998-16569 | Reported Range 15998-16569 |
| Polymorphisms | 16069 T<br>16126 C<br>16145 A<br>16172 C<br>16192 Y<br>16222 T<br>16261 T | 16362 C<br>16519 C | 16213 A<br>16519 C |
| HVII Region | Reported Range 50-249 | Reported Range 1-536 | Reported Range 1-536 |
| Polymorphisms | 73 G<br>76 N<br>77 N<br>78 N<br>225 N<br>231 N<br>242 T | 263 G<br>309.1 C<br>309.2 C<br>315.1 C<br>453 C<br>515 N | 152 C<br>263 G<br>309.1 C<br>309.2 C<br>315.1 C |

3

Palmer 003629

Bode Cellmark Case #: CCC1727-0253  
Cross Reference Bode Cellmark Case #: CCC1576-0482  
Agency Case #: S98-5867  
Additional Agency Case #: 2008-NG-013; FR12-0088; 99-CF-139  

Date: February 9, 2018

The following notations may apply:

a. Transition or transversion polymorphisms as compared to a standard sequence (Anderson, et al. 1981. *Nature* 290:457-465) are designated by the appropriate letter (base).

b. An insertion is designated a ".1" for a one base insertion, and a ".2" for a two base insertion.

   Note: Polycytosine stretches are often difficult to interpret. A possible cause may be the presence of a mixture of length variants in the mtDNA of an individual. A predominant length species is often apparent; however, the frequency of a particular length species cannot be determined accurately and may vary between maternal relatives. The sequence reported for Hypervariable Region 1 represents the first 10 cytosines observed, beginning at position 16184. The sequence reported for Hypervariable Region 2 represents the number of confirmed cytosines present in the predominant base sequence. When no predominant base sequence is observed, the insertions that could not be confirmed are designated by a "N".

c. A position that could not be confirmed is designated by a "N".

d. Heteroplasmy is a situation where two base peaks are observed at the same position. This indicates the presence of two different mitotypes. Heteroplasmies are common in the human population and can vary from tissue to tissue, with hair samples demonstrating greater heteroplasmic potential than other tissues such as blood and/or buccal samples. Since heteroplasmies do not always occur with the same frequency from generation to generation, and from tissue sample to tissue sample, the presence or absence of a heteroplasmy does not constitute an exclusion. An inclusion is warranted as long as the sample being compared has either peak, or both peaks, at the corresponding position/s.

Heteroplasmic positions may be noted by the use of IUPAC Codes. See below for a guide of base positions:

**Table A. IUPAC Codes**

| K | G/T |
|---|-----|
| M | A/C |
| R | A/G |
| S | G/C |
| W | A/T |
| Y | C/T |
| N | A/G/C/T |

4

Bode Cellmark Case #: CCC1727-0253  
Cross Reference Bode Cellmark Case #: CCC1576-0482  
Agency Case #: S98-5867  
Additional Agency Case #: 2008-NG-013; FR12-0088; 99-CF-139

Date: February 9, 2018

Table 2: Analysis of Short Tandem Repeat Loci on the Y Chromosome (Y-STR)

| Locus | FR12-0088-01.01.1* | CCC1727-0253-R01a1 (Douglas Lee) | CCC1727-0253-R02a1 (J. Stephen Moyer) |
|---|---|---|---|
| DYS576 | Not Tested | 18 | 20 |
| DYS389 I | No Results | 13 | 13 |
| DYS448 | 19, — | 18 | 18 |
| DYS389 II | No Results | 29 | 29 |
| DYS19 | No Results | 14 | 14 |
| DYS391 | 11 | 12 | 11 |
| DYS481 | Not Tested | 22 | 21 |
| DYS549 | Not Tested | 13 | 12 |
| DYS533 | Not Tested | 13 | 13 |
| DYS438 | No Results | 12 | 12 |
| DYS437 | 15, — | 15 | 15 |
| DYS570 | Not Tested | 18 | 17 |
| DYS635 | 23, — | 23 | 23 |
| DYS390 | 24, — | 23 | 25 |
| DYS439 | No Results | 13 | 12 |
| DYS392 | No Results | 13 | 14 |
| DYS643 | Not Tested | 10 | 10 |
| DYS393 | 12, (13) | 13 | 13 |
| DYS458 | 16, — | 16 | 17 |
| DYS385 a/b | 14, — | 11, 14 | 11, 13 |
| DYS456 | 15 | 15 | 16 |
| Y-GATA-H4 | 12, — | 12 | 13 |

* Profile developed by Cellmark Forensics and reinterpreted according to current Bode Cellmark SOPs  
( ) – Minor alleles  
— - Possible additional alleles

5

Palmer 003631